```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                                  **JOINT STATUS REPORT**
            Plaintiff,               :


            - v -                    :   07 Civ. 3559 (LAP)

APPROXIMATELY $84 MILLION ON         :
DEPOSIT IN ACCOUNT NO. T-94025
IN THE NAME OF THE TREASURY OF       :
THE MINISTRY OF FINANCE OF THE
REPUBLIC OF KAZAKHSTAN AT PICTET     :
& CIE, GENEVA, SWITZERLAND,
FORMERLY ON DEPOSIT IN ACCOUNT       :
NO. 1017789E AT CAI INDOSUEZ,
GENEVA, SWITZERLAND, AND ALL         :
INTEREST, INCOME, BENEFITS, AND
OTHER PROCEEDS TRACEABLE THERETO,    :

            Defendant in rem.        :

------------------------------------x
```

The United States of America and the Government of the Republic of Kazakhstan (the "Parties") respectfully submit this Joint Status Report in response to this Court's order of August 27, 2015, and to apprise the Court of the current status of this matter.

On May 3, 2007, the United States filed this action seeking forfeiture of approximately $84 million held in an account in Switzerland in the name of the Treasury of the Ministry of

Finance of the Republic of Kazakhstan, plus all interest, income, benefits, and other proceeds traceable thereto.  *See* Complaint, May 3, 2007, ECF No. 1.  On May 7, 2007, at the request of the Parties, the Court entered a Stipulation and Order establishing a procedure for the release of the defendant funds by agreement to a foundation, the BOTA Foundation, to be established to utilize the monies for the benefit of poor children and youth in Kazakhstan.  *See* Stipulation and Order, May 7, 2007, ECF No. 2 (filed on May 8, 2007).  Additional terms were attached to and incorporated into the Stipulation and Order by a Memorandum of Understanding between the Governments of the United States of America, the Republic of Kazakhstan, and the Swiss Confederation (the "Three-Government MOU").  *Id.*  The Stipulation and Order also attached and incorporated a Service Agreement between the three governments and the International Bank for Reconstruction and Development (the World Bank), in accordance with which the World Bank was to provide assistance in the establishment and oversight of the BOTA Foundation.  *Id.*  The Three-Government MOU was subsequently amended by a 2008 Amended Memorandum of Understanding between the Governments of the United States of America, the Republic of Kazakhstan, and the Swiss Confederation.  The terms of the Stipulation and Order, including each of its attachments, as amended, were expressly incorporated into the Final Order confirming the

agreement of the parties and the procedures for disposition of the assets.  *See* Final Order, May 31, 2009, ECF. 9 (filed June 1, 2009).

In order to ensure the responsible expenditure of the remaining settlement funds, estimated at approximately $22 million at the beginning of 2014, and the orderly winding-down of BOTA Program operations, the three governments agreed to extend BOTA past its anticipated end date of May 31, 2014, to December 31, 2014.  In June 2014, the Parties executed a formal Extension Agreement to extend the terms of the 2008 Three-Government MOU. *See* Attachment A.  The Parties also approved, through an exchange of letters, the extension for the Service Agreement, to align with the December 31, 2014, end date for the BOTA Program.  *See* Attachment B.

Pursuant to the 2009 Final Order, this action is to be dismissed following the release of the remainder of the funds. *See* Final Order, at ¶ 6.  The BOTA Foundation ceased operations on December 31, 2014, and since that time has been in liquidation.  On August 28, 2015, the Program Manager advised the parties that a final financial report was being prepared for approval by the three governments. Because that report remains outstanding, the parties respectfully request that this action remain open until such time as the final financial liquidation report is received and any remaining steps to confirm

3

expenditure of the funds are completed.  Within 60 days, the Parties will provide the Court with a final report on execution of the Final Order or a further status report if additional time is required to terminate these proceedings.

[Additional Text on Following Page]

Counsel for Plaintiff has conferred with counsel for the Republic of Kazakhstan who has authorized the filing of this Status Report as a Joint Status Report.

Dated:      September 11, 2015

                Respectfully submitted,

                PREET BHARARA
                United States Attorney
                Southern District of New York

By:   */s/ Jason Cowley*
                Jason Cowley
                Chief, Money Laundering and Asset Forfeiture Unit
                One St. Andrew's Plaza
                New York, New York 10007
                Telephone: (212) 637-1048

                M. KENDALL DAY
                Chief, Asset Forfeiture and Money Laundering Section
                Criminal Division
                U.S. Department of Justice
                Washington, D.C.
                Attorneys for Plaintiff

                */s/ Daniel H. Claman*
                Daniel H. Claman
                Principal Assistant Deputy Chief
                Asset Forfeiture and Money
                 Laundering Section
                U.S. Department of Justice
                1400 New York Ave., NW
                Suite 10100
                Washington, D.C. 20005
                Telephone: (202) 514-126