```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                         JOINT STATUS REPORT
            Plaintiff,              :
                                    :
          - v -                          07 Civ. 3559 (LAP)
                                    :
APPROXIMATELY $84 MILLION ON
DEPOSIT IN ACCOUNT NO. T-94025      :
IN THE NAME OF THE TREASURY OF
THE MINISTRY OF FINANCE OF THE      :
REPUBLIC OF KAZAKHSTAN AT PICTET
& CIE, GENEVA, SWITZERLAND,         :
FORMERLY ON DEPOSIT IN ACCOUNT
NO. 1017789E AT CAI INDOSUEZ,       :
GENEVA, SWITZERLAND, AND ALL
INTEREST, INCOME, BENEFITS, AND     :
OTHER PROCEEDS TRACEABLE THERETO,
                                    :
            Defendant in rem.
                                    :
------------------------------------x
```

The United States of America and the Government of the Republic of Kazakhstan (the "Parties") respectfully submit this Joint Status Report to apprise the Court of the current status of this matter.

On September 11, 2015, the Parties filed a Joint Status Report in response to this Court's order of August 27, 2015, advising that the Bota Foundation ceased operations on December 31, 2014, that it had been in liquidation, and that a final

financial report was being prepared for approval by the Swiss, Kazakhstani, and U.S. governments.

On October 16, 2015, the Parties received the final financial report, and its approval by the three governments is under consideration.  The Parties anticipate that review of that report and finalization of procedures are likely to be completed within 30 days.  Accordingly, within 30 days, the Parties will provide the Court with a final report on execution of the Final Order or a further status report if additional time is required to terminate these proceedings.

Counsel for Plaintiff has conferred with counsel for the Republic of Kazakhstan who has authorized the filing of this Status Report as a Joint Status Report.

Dated:          December 1, 2015

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney
                                        Southern District of New York

                                By:     */s/ Jason Cowley*____
                                        Jason Cowley
                                        Chief, Money Laundering and Asset
                                        Forfeiture Unit
                                        One St. Andrew's Plaza
                                        New York, New York 10007
                                        Telephone: (212) 637-2479

```
            M. KENDALL DAY
            Chief, Asset Forfeiture and
            Money Laundering Section
            Criminal Division
            U.S. Department of Justice
            Washington, D.C.

      By:   /s/ Daniel H. Claman___
            Daniel H. Claman
            Principal Assistant Deputy Chief
            Asset Forfeiture and Money
             Laundering Section
            U.S. Department of Justice
            1400 New York Ave., NW
            Suite 10100
            Washington, D.C. 20005
            Telephone: (202) 514-1263

            Attorneys for Plaintiff
```