UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **ORDER DISMISSING CASE** |
| Plaintiff, | : | |
| - v - | : | 07 Civ. 3559 (LAP) |
| APPROXIMATELY $84 MILLION ON DEPOSIT IN ACCOUNT NO. T-94025 IN THE NAME OF THE TREASURY OF THE MINISTRY OF FINANCE OF THE REPUBLIC OF KAZAKHSTAN AT PICTET & CIE, GENEVA, SWITZERLAND, FORMERLY ON DEPOSIT IN ACCOUNT NO. 1017789E AT CAI INDOSUEZ, GENEVA, SWITZERLAND, AND ALL INTEREST, INCOME, BENEFITS, AND OTHER PROCEEDS TRACEABLE THERETO, | : | |
| Defendant in rem. | : | |



------------------------------------x

Upon consideration of the United States' Notice of Final Release of Settlement Funds and Motion to Dismiss, indicating that all of the defendant funds in this action have been expended pursuant to this Court's May 7, 2007, Stipulation and Order, and the international agreements incorporated therein, ECF No. 2, as well as this Court's May 31, 2009, Final Order, ECF No. 9; that the BOTA Program has concluded; and that the BOTA Foundation was liquidated in 2015; and

In accordance with this Court's May 31, 2009, Final Order, ECF No. 9, indicating that the Court would dismiss this action following the release of the last installment of the defendant funds;

**IT IS ORDERED** that the above-captioned action is hereby **DISMISSED**.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

February 10, 2016

SO ORDERED:

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

---

THE HONORABLE LORETTA A. PRESKA
CHIEF JUDGE
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK